IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND TAYLOR,

    Plaintiff,

v.                                                          Civil Action No. **3:20CV452**

LT. CURRY, *et al.*,

    Defendants.

### MEMORANDUM OPINION

On July 20, 2020, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on August 10, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $5.38 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Plaintiff, therefore, is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 2 September 2020
Richmond, Virginia